IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wolter, Charles A

Printed: 12/02/08

Case Number: 08 B 08301
Judge: Goldgar, A. Benjamin
Filed: 4/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: June 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,995.00 |  |
| Secured: |  | 1,865.33 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 129.67 |
| Other Funds: |  | 0.00 |
| Totals: | 1,995.00 | 1,995.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Philip A. Igoe | Administrative | 2,774.00 | 0.00 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Rescap Mortgage | Secured | 20,538.22 | 1,791.50 |
| 5. | CitiMortgage Inc | Secured | 846.38 | 73.83 |
| 6. | Commonwealth Edison | Unsecured | 198.50 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 255.11 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 378.04 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 2,048.16 | 0.00 |
| 10. | Ameriquest | Secured |  | No Claim Filed |
| 11. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 12. | Washml/Prov | Unsecured |  | No Claim Filed |
| 13. | HSBC | Unsecured |  | No Claim Filed |
| 14. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 15. | HSBC | Unsecured |  | No Claim Filed |
| 16. | American Express | Unsecured |  | No Claim Filed |
| 17. | American Express | Unsecured |  | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 19. | Wells Fargo Financial | Unsecured |  | No Claim Filed |
| | | | $ 27,038.41 | $ 1,865.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 129.67 |
|  | $ 129.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Wolter, Charles A | Case Number:  08 B 08301 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed:  4/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

